UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

UNITED STATES OF AMERICA,

              Plaintiff,        CASE NO.: 05-CR-50001-FL

vs.                                HON. PAUL V. GADOLA
                                MAG. JUDGE WALLACE CAPEL, JR.

MARCUS DARRYL JACKSON,

              Defendant.
_____/

## ORDER OF DETENTION
## PENDING REVOCATION PROCEEDINGS

The Defendant appeared before the Court on March 22, 2006, based upon a Petition and Warrant for violation of his conditions of supervised release, filed on March 16, 2006.

The Defendant is charged with violation of the Mandatory Condition by being charged with the offense of Attempted Uttering and Publishing, to which he pled guilty on August 10, 2005. And for violation of Standard Condition Number 2 by failing to report to his probation officer as directed, and for failing to provide written monthly reports in a timely manner.

The report of the Probation Officer in this matter indicates that the Defendant began his term of supervised release on November 8, 2004.

Based upon the information presented at the hearing, it appears that the Defendant has failed to comply with the terms of supervised release by committing a criminal offense within a short time of being placed on supervised release. It further appears that the defendant has exhibited a past history of failing to comply with state court orders, as well as failing to comply with his reporting requirements dictated by this Court.

Accordingly, the Defendant shall be detained without bond in this matter pending further proceedings before the district court judge.

The Defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: March 23, 2006**           s/ Wallace Capel, Jr.
                                            **WALLACE CAPEL, JR.**
                                            **United States Magistrate Judge**

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2006 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send such notification of such filing to the following:  Nancy Abraham, AUSA ,and I hereby certify that I have mailed by United States Postal Service/hand delivered the paper to the following non-ECF participants: David Koelzer, Esq., Federal Defender Office, 653 S. Saginaw St., Ste. 105, Flint, MI 48502,  United States Marshal, 600 Church St., Flint, Michigan 48502, Probation Officer, 600 Church St., Flint, Michigan 48502

                                            s/ James P. Peltier
                                            James P. Peltier
                                            Courtroom Deputy Clerk
                                            U.S. District Court
                                            600 Church St.
                                            Flint, MI 48502
                                            810-341-7850
                                            pete_peltier@mied.uscourt.gov